the guilt issue, violates the Fifth and Fourteenth Amendments?"

Case set for oral argument immediately following No. 642 [*Boykin* v. *Alabama, ante,* p. 820]. *Jack Greenberg, James M. Nabrit III, Norman C. Amaker, Michael Meltsner, George Howard, Jr.,* and *Anthony G. Amsterdam* for petitioner. *Joe Purcell,* Attorney General of Arkansas, and *Don Langston,* Deputy Attorney General, for respondent.

No. 167, Misc. WILLIAMS *v.* CITY OF OKLAHOMA CITY ET AL. Ct. Crim. App. Okla. Certiorari granted. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Giles K. Ratcliffe* for respondents.

No. 525. MATSON NAVIGATION Co. *v.* SMITH, SECRETARY OF COMMERCE, ET AL. C. A. 9th Cir. Certiorari denied. *Alvin J. Rockwell, Willis R. Deming,* and *George D. Rives* for petitioner. *Solicitor General Griswold, Assistant Attorney General Weisl,* and *John C. Eldridge* for respondent Smith, and *Edward D. Ransom* for respondent States Steamship Co.

No. 597. MISSISSIPPI POWER Co. ET AL. *v.* SOUTH MISSISSIPPI ELECTRIC POWER ASSN. Sup. Ct. Miss. Certiorari denied. *James S. Eaton* and *Thomas H. Watkins* for Mississippi Power Co., and *Sherwood W. Wise* for Mississippi Power & Light Co., petitioners. *T. Harvey Hedgepeth* and *Donald Wadsworth Williamson, Jr.,* for respondent.

No. 602. BARR ET AL. *v.* CHATMAN ET AL. C. A. 7th Cir. Certiorari denied. *Franklin J. Lunding, Jr.,* for petitioners.